PRISONER CASE 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** JAVIER BAILEY

**Defendant(s):** PHIL SANTEFORT, et al.

**County of Residence:** LAWRENCE

**County of Residence:**

**Plaintiff's Address:**
Javier Bailey
K-52482
Lawrence - LAW
R.R.2, Box 31
Sumner, IL 62466

**Defendant's Attorney:**

FILED
MAY 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

08CV2915
JUDGE GETTLEMAN
MAG. JUDGE COX

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [x] Yes  [ ] No

**Signature:** M. Burke

**Date:** 5/20/08