FILED
MAY 20 2008
MAY 20 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In The United States District Court
For The Northern District Of Illinois

Javier Bailey,
　　　　Plaintiff,

vs.

　　　　Defendants,
Phil Santefort, et.al.,

08CV2915
JUDGE GETTLEMAN
MAG. JUDGE COX

Motion For Appointment Of Counsel

NOW COMES, the Plaintiff, Javier Bailey, Pro-Se, pursuant to 28 U.S.C. §1914(d) in request, humbly, of effective counsel to execute his instant §1983 complaints without un-necessary delay to this Honorable United States District Court. The Plaintiff contends, respectfully, that Appointment of Counsel will be appropriate in this action. In further support of this motion is the following:

1. The Plaintiff is currently incarcerated in the Lawrence State Penitentiary, where he has been sentenced to 25 (twenty-five) years in the Illinois Department of Corrections for Aggravated Criminal Sexual Assault.

2. The Plaintiff is diligently seeking to expedite his § 1983 Complaint(s) properly and effectively, where in fact, the Plaintiff is handling/dealing with more than one complaint currently pending in the United States District Court.

3. Where the Plaintiff is not a licensed Attorney and lacks any real knowledge of the Federal Civil Procedure Rules and Regulations; he contends that the Appointment of Effective Counsel will stimulate the facts of his Complaint(s) and annul any information irrelevant to the facts imparative to the violations stated within his complaint(s).

4. The Plaintiff is absolutely indigent of any funds, due to the physical compilation of his complaint(s), and to copy those for each Defendant and mail thereto; and of his Circuit Court Submission of 735 I.L.C.S. 2-1401, it's copies to the courts and certified mail thereto. The toll just to reimburse the institution he is incarcerated in, is overwhelming, because the Plaintiff cannot

afford basic hygienes PRODUXTS to keep himself clean and presentable, let alone, to buy supplies, respond to the court in a timely fashion, rebuttal the Defendants by motion, or any other legal response required.

5. The Plaintiff has actively sought after 34 legal agencies via mail, plus attempted phone calls to back the mail sent requesting these respective legal agencies if Pro-Bono Assistance was available. The Plaintiff received mixed (negative) reactions from the agencies contacted, with either, returned letters, unavailability, no Pro-Bono assistance, or just plain - "NO".

6. It is clear that the Plaintiff does not have the monetary means to retain effective counsel, or to support himself, or rebuttal his complaint(s) effectively. The Plaintiff believes that in fairness and in the interest of justice, that Appointment of Effective Counsel would be appropriate in this action.

7. Because pertinent information is in the hands of the Public Defenders Office, and because their is a current A.R.D.C. complaint, and §1983 complaint pending against the Public Defenders Office, that the pertinent information needed,

MAY BECOME LOST "ACCIDENTLY ON PURPOSE" — THAT MAY REQUIRE THE PROFESSIONAL "KNOW HOW" OF EFFECTIVE COUNSEL TO OBTAIN — BECAUSE AGAIN, THE PLAINTIFF IS NOT A LICENSED ATTORNEY OF ANY BAR ASSOCIATION, OR AFFILIATION.

8. TO THE AFFECT THAT THE PLAINTIFF IS NOT A LICENSED ATTORNEY, HE WISHES THAT THIS COURT GRANT HIS REQUEST FOR APPOINTMENT OF EFFECTIVE COUNSEL, SO THAT IN PREPERATION FOR TRIAL, THE PLAINTIFF WILL HAVE AN ADVOCATE WHO IS LEGALLY COMPETENT AND QUALIFIED TO GATHER PERTINENT INFORMATION, WHO CAN STRATEGICALLY COMPOSE DEPOSITIONS, AND WHO WILL BE ABLE TO CONCLUDE THIS MATTER EXACTLY, WHICH HAS BEEN BROUGHT BEFORE THIS HONORABLE COURT, WITHOUT ANY UN-NECESSARY DELAYS.

### In Conclusion

THE PLAINTIFF PRAYS, THAT HIS INCOMPETENCY, HIS NEGATIVE ZERO BALANCE, HIS MORE THAN ONE LEGAL ACTION PENDING, HIS WILLINGNESS TO TRY AND OBTAIN PRO-BONO COUNSEL ON HIS OWN, AND THE MAGNITUDE OF THE CONSTITUTIONAL VIOLATIONS MADE AGAINST HIM, STATED IN HIS § 1983 COMPLAINT(S), THAT THIS MOTION BE GRANTED BY THIS HONORABLE UNITED STATES DISTRICT COURT, SO THAT THE INSTANT § 1983 COMPLAINT(S) IS IMMEDIATELY HANDLED AND JUDGED FAIRLY, WITHOUT ANY UN-NECESSARY DELAYS AGAINST THE COURT, THE DEFENDANTS, OR THE PLAINTIFF HIMSELF.

## Affidavit

I, Javier Bailey, the Plaintiff deposes and says that as to the Motion For Appointment of Counsel, that he is the Plaintiff in the above entitled cause, that he has read the foregoing document, by his signature below, and that the statements contained therein are true in substance and in fact.

*Javier Bailey* (signature)

Javier Bailey
Reg. No. K52482
R.R.#2 P.O. Box 31
Sumner Il. 62466