# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ROBERT W. GETTLEMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2915 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Javier P. Bailey (K-52482) v. Phil Santefort, et al. | | |

**DOCKET ENTRY TEXT:**

The Court denies Plaintiff's motion for leave to file *in forma pauperis* [3] pursuant to 28 U.S.C. § 1915(g). If Plaintiff does not pay the $350 filing fee within 30 days, the Court will enter judgment dismissing this case in its entirety. *See* N.D. Ill. Local Rule 3.3(e).

■ [For further details see text below.]      Docketing to mail notices.

## STATEMENT

    Plaintiff, Javier P. Bailey, currently an inmate at Lawrence Correctional Center, seeks leave to file this *pro se* civil rights complaint *in forma pauperis.*

    The Prison Litigation Reform Act of 1995 (PLRA), enacted on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    At least three of Plaintiff's previous actions have been dismissed in this district on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Bailey v. Janiga*, No. 07 C 4968 (N.D. Ill.) (dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim on Sept. 13, 2007, Darrah J.); *DeMar-Bailey v. L.G.B. Communications*, No. 05 C 4598 (N.D. Ill.) (dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim on Aug. 25, 2005, Gottschall, J); *DeMar-Bailey v. L.G.B. Communications*, No. 05 C 4149 (N.D. Ill.) (dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim on Aug. 2, 2005, Der-Yeghiayan, J.).

    Plaintiff's current complaint does not allege that he is in imminent danger of serious physical injury. Accordingly, 28 U.S.C. §1915(g) prevents him from proceeding without the full prepayment of the $350 filing fee.

    The Court therefore denies Plaintiff's motion for leave to file *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). If Plaintiff does not pay the $350 filing fee within 30 days, the Court will enter judgment dismissing this case in its entirety. *See* N.D. Ill. Local Rule 3.3(e).

| | Courtroom Deputy Initials: | CLH |
|---|---|---|