# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2915 | **DATE** | 7/18/2008 |
| **CASE TITLE** | Bailey (K-52482) v. Santefort | | |

**DOCKET ENTRY TEXT:**

Plaintiff has not paid the $350 filing fee as ordered by the Court on June 4, 2008. This case is accordingly dismissed without prejudice. All pending motions are denied as moot. Having brought this action, Plaintiff nevertheless remains obligated to pay the full filing fee. Before pursuing any future litigation, Plaintiff must pay any outstanding fees.

Docketing to mail notices.

JJD